# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GOMEZ, an Individual, and GLORIA ESPINOZA, an Individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WILLIAM BINGLEY; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants.<br><br>WILLIAM L. BINGLEY,<br><br>　　　　Counterclaimant,<br><br>　vs.<br><br>CARLOS GOMEZ and GLORIA ESPINOZA,<br><br>　　　　Counterdefendants. | CASE NO. CV13-2124 JAK (MANx)<br><br>Complaint Filed: March 25, 2013<br><br>[*Assigned to Hon. John A. Kronstadt, Dept. 750*]<br><br>ORDER DISMISSING CIVIL ACTION<br><br>JS-6 |

　　　THE COURT having been advised by counsel that the above-entitled action has been settled;

-1-

1    IT IS THEREFORE ORDERED that this case including all claims and
2 counterclaims are hereby dismissed without costs and with prejudice to the right.
3    **IT IS SO ORDERED.**

5 Dated:  September 24, 2013

_____
John Kronstadt
United States District Judge